UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR24-119-JHC |
| | )    CR18-5094-JHC |
| Plaintiff, | ) |
| | ) ORDER GRANTING DEFENDANT'S |
| v. | ) MOTION TO SEAL EXHIBIT D TO |
| | ) DEFENDANT'S SENTENCING |
| CRYSTAL WEAVER, | ) MEMORANDUM |
| | ) |
| Defendant. | ) |

Before the Court is Defendant's Motion to Seal Exhibit D to Defendant's Sentencing Memorandum. Case 24-119, Dkt. # 26; Case 18-5094, Dkt. # 1,276. The Court has reviewed the motion, the rest of the file, and the governing law. The Court rules as follows:

The Court finds that current Exhibit D, Dkt. # 27, consists of documents unavailable to the public at large. The Court GRANTS the motion. Exhibit D shall remain sealed. The Court also finds the redactions to Exhibit C, Dkt. # 25, to be appropriate. And the Court CLARIFIES that its oral ruling at the sentencing hearing granted the motion to seal only with respect to the psychological evaluation.

DATED this 11th day of February, 2025.

John H. Chun
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO SEAL EXHIBIT
D TO DEFENDANT'S SENTENCING MEMORANDUM - 1
(*U.S. v. Crystal Weaver*, CR24-119-JHC)
(*U.S. v. Crystal Weaver*, CR18-5094-JHC)